# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL H. MELCHIOR, AND PEGGY A. BRENNAN, <br><br> Defendants. | 4:16CR3033 <br><br> **ORDER** |

Defendant Brennan's motion, (Filing No. 59), is granted, and

IT IS ORDERED:

1) Defendant Brennan joins in the motion to suppress (Filing No. 57) and motion in limine (Filing No. 55) filed by defendant Melchior.

2) Any additional briefing by Defendant Brennan in support of the motion to suppress and motion in limine shall be filed on or before July 1, 2016.

3) The government's response to the defendants' motions to suppress and motion in limine shall be filed on or before July 15, 2016.

4) The clerk shall add defendant Brennan as a filing party on the motion in limine (Filing No. 55) and the motion to suppress (Filing No. 57).

Dated this 3rd day of June, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge
