IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:16CR3033 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL H. MELCHIOR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After de novo review, including especially filing no. 46,

IT IS ORDERED that filing no. 63, notice of appeal of detention order, is denied.

DATED this 27th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge