IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>vs.<br><br>MICHAEL H. MELCHIOR, AND PEGGY A. BRENNAN,<br><br>            Defendants. | **4:16CR3033**<br><br>**ORDER** |

IT IS ORDERED:

1) The government's motion to continue, (filing no. 72), is granted.

2) The evidentiary hearing on defendants' motion to suppress, (filing no. 57), will be held before the undersigned magistrate judge on September 1, 2016 at 2:15 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

3) Defendant Brennan's supplemental briefing on the motion to suppress shall be filed on or before August 12, 2016.

4) The government's response to the motion to suppress shall be filed on or before August 26, 2016.

July 6, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge